UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 194 | CIVIL ACTION NO. 5:20-cv-00522-SMH-MLH |
| SHREVEPORT ELECTRICAL HEALTH AND WELFARE FUND | JUDGE: S MAURICE HICKS, JR |
| SHREVEPORT ELECTRICAL INDUSTRY PROFIT SHARING FUND | MAGISTRATE: MARK L HORNSBY |
| SHREVEPORT ELECTRICAL JOINT APPRENTICESHIP AND TRAINING FUND | |
| versus | |
| JBL ELECTRIC COMPANY, INC. | |

**MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOW INTO COURT, come Plaintiffs, International Brotherhood of Electrical Workers Local 194, *et al.* (collectively, the "Shreveport Electrical Funds and Union"), through undersigned counsel, who move this Honorable Court to enter a dismissal without prejudice in the captioned matter for Defendant, JBL Electric Company, Inc. The Shreveport Electrical Funds and Union unilaterally move for dismissal because of difficulties effectuating service of the Complaint at this time due to CoVid-19.

WHEREFORE, the Plaintiffs pray that the Court grant their Motion for Voluntary Dismissal Without Prejudice, each party to bear its own costs.

1

Respectfully submitted,

**ROBEIN, URANN,
SPENCER, PICARD & CANGEMI, APLC**

s/ Laura K. Cline
Laura Cline (LA Bar No. 37074)
Maria Cangemi (LA Bar No. 20136)
2540 Severn Avenue, Suite 400 (70002)
P. O. Box 6768
Metairie, Louisiana 70009-6768
Telephone: (504) 885-9994
Facsimile: (504) 885-9969
Email:  lcline@ruspclaw.com

*ATTORNEYS FOR PLAINTIFFS*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion for Voluntary Dismissal Without Prejudice was filed on February 3, 2021, and a copy provided to the following non-ECF participant.

James B. Lee III, President
JBL Electric Company, Inc.
8518 Line Ave., Suite 101
Shreveport, Louisiana 71106

JBL Electric Company, Inc.
181 Breezy Oak Road
Spring Branch, Texas 78070

s/ Laura K. Cline
**Laura K. Cline (Bar No. 37074)**