**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 194, ET AL. | CIVIL ACTION NO.: 20-0522 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JBL ELECTRIC COMPANY, INC. | MAGISTRATE JUDGE HORNSBY |

### **JUDGMENT**

Considering the foregoing Motion for Voluntary Dismissal without Prejudice:

**IT IS HEREBY ORDERED AND ADJUDGED** that the Complaint against Defendant, JBL Electric Company, Inc., is **DISMISSED WITHOUT PREJUDICE**, each party to bear its own costs.

The Clerk of Court is instructed to close this case.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 4th day of February, 2021.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT